UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-21730-CIV-GRAHAM

SANDY SAINTANGE,

    Petitioner,

vs.

UNITED STATES, et al.,

    Respondents.
_____/

**CLOSED CIVIL CASE**

### ORDER

**THIS CAUSE** comes before the Court upon Sandy Saintange's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [D.E. 1] originally filed in the Middle District of Florida. The matter was transferred to the Southern District of Florida. [See D.E. 12.]

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White by Clerk's Order [D.E. 13]. The Magistrate Judge issued a Report recommending that Petitioner's motion be denied as moot. [See D.E. 23]. The time for objections has expired and Petitioner has filed no objections.[1]

---

[1] The record also indicates that certain pleadings sent to Petitioner at his last known address were returned as undeliverable. [See D.E. 24.] Docket entry No. 21 contains an address for Petitioner different than the one reflected on the docket. Therefore, in an attempt to reach Petitioner, the Court will herein direct that this Order be delivered to this different address.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 23] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Sandy Saintange's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [D.E. 1] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that the Clerk of Court shall forthwith serve copy of this Order to Petitioner via certified mail to the following address: 1630 NW 125 Street, North Miami, FL 33167. To the extent Petitioner wishes to file objections to the Report, he shall do so forthwith. The Court will consider such matters as necessary and appropriate. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of August, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Patrick A. White
     Sandy Saintange, <u>Pro Se</u>
     Counsel of Record